Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
Baradat & Paboojian, Inc.
720 W. Alluvial Ave.
Fresno, CA 93711
Attorneys for: Plaintiff Steven Arizaga

Mark D. Sayre, Calif. Bar No. 111168
Valorem Law Group
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Tele: (312) 676-5463
Fax: (312) 676-5499
Attorney for: Defendant John Bean Technologies Corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ARIZAGA<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN BEAN TECHNOLOGIES CORPORATION; et al.<br><br>    Defendants. | NO. 1:13-CV-01981-AWI-MJS<br><br>**STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS OR JOIN PARTIES; ORDER**<br><br>Hon. Anthony W. Ishii<br>Magistrate Judge Michael J. Seng |

Plaintiff Steven Arizaga and Defendant John Bean Technologies Corporation agree and stipulate to extend the deadline to amend pleadings or join parties from May 1, 2014 to May 15, 2014.

Stipulation to Extend Deadline to Amend Pleadings or Join Parties

*/s/ Adam B. Stirrup*
Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
Baradat & Paboojian, Inc.
720 W. Alluvial Ave.
Fresno, CA 93711
Attorneys for:  Plaintiff Steven Arizaga

*/s/ Mark D. Sayre*
Mark D. Sayre, Calif. Bar No. 111168
Valorem Law Group
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Tele: (312) 676-5463
Fax: (312) 676-5499
Attorney for:  Defendant John Bean Technologies Corporation

## **ORDER**

Good cause appearing, the above Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated:   May 5, 2014              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE