MEENA C. NACHIAPPAN, Bar No. 196701
BRAGG & KULUVA
555 S. Flower Street
Suite 600
Los Angeles, California 90071
(213) 612-5335

Attorneys for Third Party Defendant,
Ventura Coastal LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STEVEN ARIZAGA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN BEAN TECHNOLOGIES CORPORATION; JBT CORPORATION; JBT FOODTECH; AND DOES 1 TO 100, INCLUSIVE,<br><br>      Defendants.<br><br>JOHN BEAN TECHNOLOGIES CORPORATION,<br><br>      Third Party Plaintiff,<br><br>vs.<br><br>VENTURA COASTAL, LLC,<br><br>      Third Party Defendant. | CASE NO. 13-CV-01981-AWI-MJS<br><br>**ORDER RE: STIPULATION RE: EXTENSION TO FILE RESPONSIVE PLEADING** |

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING, IT IS ORDERED:

Ventura Coastal LLC is granted an extension to June 20, 2014 to file a responsive pleading to JOHN BEAN TECHNOLOGIES

**ORDER RE: STIPULATION RE: EXTENSION TO FILE RESPONSIVE PLEADING**

1  CORPORATION's Cross-Complaint.

2  IT IS SO ORDERED.
3

4  Dated:   June 11, 2014                    /s/ *Michael J. Seng*
5                                            UNITED STATES MAGISTRATE JUDGE