MEENA C. NACHIAPPAN, Bar No. 196701
BRAGG & KULUVA
555 S. Flower Street
Suite 600
Los Angeles, California 90071
(213) 612-5335
(213) 612-5712

Attorneys for Third Party Defendant,
Ventura Coastal LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STEVEN ARIZAGA,<br><br>     Plaintiff,<br><br>     vs.<br><br>JOHN BEAN TECHNOLOGIES CORPORATION; JBT CORPORATION; JBT FOODTECH; AND DOES 1 TO 100, INCLUSIVE,<br><br>     Defendants.<br><hr>JOHN BEAN TECHNOLOGIES CORPORATION,<br><br>     Third Party Plaintiff,<br><br>     vs.<br><br>VENTURA COASTAL, LLC,<br><br>     Third Party Defendant. | CASE NO. 1:13-CV-01981-MJS<br><br>**ORDER RE: NEW TRIAL DATE AND ASSOCIATED TRIAL DEADLINES** |

WHEREAS the parties have entered into and executed a Stipulation (ECF No. 28) regarding a new trial date and associated trial deadlines, and good cause appearing, the

1

Stipulation is HEREBY APPROVED and made the ORDER of this Court.  Following are the dates and deadlines that will control further litigation of this case through trial.

    Initial Rule 26 Disclosures Deadline: 9/18/14
    Last Day to Amend Pleadings: 10/1/14
    Plaintiff Expert Disclosure Deadline: 4/22/15
    Non-Expert Discovery Deadline: 5/13/15
    Defendant Expert Disclosure Deadline: 5/14/15
    Expert Disclosure Rebuttal: 5/20/15
    Non-Dispositive Motion Deadline: 6/11115
    Expert Discovery Deadline: 6/11/15
    Dispositive Motion Deadline: 6/25/15
    Dispositive Motion Hearing: 8/12/15
    Pre-Trial Conference: 9/9/15
    Jury Trial: 10/7/15

IT IS SO ORDERED.

Dated:   September 3, 2014      /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE