Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
BARADAT & PABOOJIAN, INC.
720 W. Alluvial Ave.
Fresno, CA 93711
Phone: (559) 431-5366
Fax: (559) 431-1702

Attorneys for: Plaintiff Steven Arizaga

Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
VALOREM LAW GROUP, LLP
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Phone: (312) 676-5463
Fax: (312) 676-5499

Attorneys for: Defendant John Bean Technologies Corporation

Meena C. Nachiappan, Calif. Bar No. 196701
BRAGG & KULUVA
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
Phone: (213) 612-5335
Fax: (213) 612-5712

Attorney for: Third Party Defendant Ventura Coastal, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN ARIZAGA | ) | NO. 1:13-CV-01981-AWI-MJS |
| | ) | |
| | ) | **ORDER RE AMENDED** |
| Plaintiff, | ) | **COMPLAINT, NEW TRIAL** |
| | ) | **DATE AND ASSOCIATED** |
| vs. | ) | **TRIAL DEADLINES** |
| | ) | |
| | ) | |
| JOHN BEAN TECHNOLOGIES | ) | Magistrate Judge Michael J. Seng |
| CORPORATION; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

[ORDER RE: AMENDED COMPLAINT,
NEW TRIAL DATE AND ASSOCIATED TRIAL DEADLINES

1

WHEREAS the parties have entered into and executed a Stipulation (ECF No. __) regarding amending Plaintiff Steven Arizaga's Complaint, a new trial date and associated trial deadlines, and good cause appearing, the Stipulation is HEREBY APPORVED and IT SO ORDERED:

1. 1. Plaintiff Steven Arizaga is allowed to amend his Complaint. Plaintiff Steven Arizaga shall file his First Amended Complaint by April ___, 2015.

2. John Bean Technologies Corporation will file an Answer to the First Amended Complaint within 30 days from the filing of the First Amended Complaint.

3. The present trial date and associated trial deadlines are stricken.

4. The trial date and associated trial deadlines are re-set as follows:

- Plaintiff Expert Disclosure Deadline: October 16, 2015
- Non-Expert Discovery Deadline: November 6, 2015
- Defendant Expert Disclosure Deadline: November 13, 2015
- Rebuttal Expert Disclosure Deadline: November 20, 2015
- Non-Dispositive Motion Deadline: December 17, 2015
- Expert Discovery Deadline: December 18, 2015
- Dispositive Motion Deadline: January 28, 2016
- Dispositive Motion Hearing: February 26, 2016 at 9:30 a.m.
- Pre-Trial Conference: March 25, 2016
- Jury Trial: April 26, 2016 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   April 7, 2015                       /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

[ORDER RE: AMENDED COMPLAINT,
NEW TRIAL DATE AND ASSOCIATED TRIAL DEADLINES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[ORDER RE: AMENDED COMPLAINT,
NEW TRIAL DATE AND ASSOCIATED TRIAL DEADLINES