Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
Baradat & Paboojian, Inc.
720 W. Alluvial Ave.
Fresno, CA 93711
Attorneys for:  Plaintiff Steven Arizaga

Henry Turner, Jr. (pro hac)
VALOREM LAW GROUP
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Tele: (312) 676-5463
Fax: (312) 676-5499

Mark D. Sayre, Calif. Bar No. 111168
VALOREM LAW GROUP
60 S. Market Street, Suite 1250
San Jose, CA 95113
Tele: (408) 940-0044
Fax: (408) 915-2672

Attorneys for:  Defendant John Bean Technologies Corporation

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STEVEN ARIZAGA <br><br> Plaintiff, <br><br> vs. <br><br> JOHN BEAN TECHNOLOGIES CORPORATION, et al. <br><br> Defendants. | No. 13-cv-01981-MJS <br> Magistrate Judge Michael J. Seng <br><br> **STIPULATION RE: PHYSICAL AND MENTAL EXAMINATION OF PLAINTIFF STEVEN ARIZAGA; ORDER** |

Plaintiff Steven Arizaga ("Mr. Arizaga") and Defendant John Bean Technologies Corporation ("JBTC"), agree and stipulate that Mr. Arizaga shall submit to a physical and a mental examination with the following manner, conditions, and scope under Federal Rules of Civil Procedure Rule 35:

**Physical Examination**

1. The date and time for the physical examination will be September 25, 2015 at 3:00 p.m. Pacific Time.

2. The physical examination will be performed by Mark W. Howard, M.D. Attached to this stipulation as Exhibit "A" is a true and correct copy of Dr. Howard's Curriculum Vitae setting forth his qualifications and background.

3. The location for the examination will be Sierra Valley Medico, Inc., 7033 N. Fresno Street, Suite 201, Fresno, CA 93720.

4. The manner for the physical examination will be a two-part examination consisting of:

    a. An interview in doctor's office, consisting of a history of Mr. Arizaga's injury and Mr. Arizaga's treatment for his injury; and

    b. A physical examination involving vitals being taken and examination of injured body parts, including left arm, brachial plexus, brachial artery, and ribs. The vitals to be taken include Mr. Arizaga's blood pressure, height and weight only.

    c. The examination will not include any diagnostic test or procedure that is painful, protracted or intrusive.

5. The conditions and scope of the physical examination will be a two-part examination, consisting of an interview and physical examination, with a total duration of no longer than one (1) hour. The examination will focus on Mr. Arizaga's injury and Mr. Arizaga's treatment for his injury.

///

///

6. It is further stipulated that, following the examination, a copy of Dr. Howard's report related to the examination will be produced to Ms. Arizaga's counsel as required by Federal Rule of Civil Procedure Rule 35.

7. It is further stipulated that JBTC will be responsible for the fees associated with this examination, including Dr. Howard's cancellation policy. Mr. Arizaga agrees to reasonably comply with Dr. Howard's cancellation policy and will advise JBTC if he is unable to attend this examination within fourteen (14) days of the examination in compliance with this cancellation policy. Should Mr. Arizaga be unable to comply with Dr. Howard's cancellation policy for any unexpected health reason, Mr. Arizaga reserves the right to object to the payment of Dr. Howard's cancellation costs incurred. JBTC reserves the right to seek payment for any cancellation by Mr. Arizaga. In this situation, Mr. Arizaga and JBTC agree to work together to promptly reschedule the examination and reasonably resolve any issues regarding the payment of Dr. Howard's cancellation costs incurred.

**Mental Examination**

8. The date and time for the mental examination will be August 27, 2015 at 1:30 p.m. Pacific Time.

9. The mental examination will be performed by Howard Terrell, M.D. Attached to this Stipulation as Exhibit "B" is a true and correct copy of Dr. Terrell's Curriculum Vitae setting forth his qualifications and background.

10. The location for the mental examination will be 724 Medical Center Drive East, Suite 102, Clovis, CA 93619.

11. It is further stipulated that the only parties present during the examination will be Mr. Arizaga and any member of Dr. Terrell's staff necessary to facilitate the examination.

12. The manner for the mental examination will be a clinical interview, specifically based on the DSM-5 diagnostic and classification criteria.

13. The examination will not include any diagnostic test or procedure that is painful, protracted or intrusive.

14. The conditions and scope of the mental examination will be a clinical, diagnostic, and background interview by Dr. Terrell focused on the mental or psychiatric impact of Mr. Arizaga's alleged accident, the emotional distress Mr. Arizaga allegedly suffers from since the accident, and the potential factors impacting Mr. Arizaga's alleged emotional distress.

15. The duration of Dr. Terrell's total examination and evaluation of Mr. Arizaga will be no longer than three (3) hours.

16. There will be no videotaping of any portion of the examination. The examination will be audio recorded by JBTC. A copy of this audio recording shall be provided to Mr. Arizaga.

17. It is further stipulated that, following the examination, a copy of Dr. Terrell's report related to the examination will be produced to Ms. Arizaga's counsel as required by Federal Rule of Civil Procedure Rule 35.

18. It is further stipulated that JBTC will be responsible for the fees associated with this examination, including Dr. Terrell's cancellation policy. Mr. Arizaga agrees to reasonably comply with Dr. Terrell's cancellation policy and will advise JBTC if he is unable to attend this examination within five (5) business days of the examination in compliance with this cancellation policy. Should Mr. Arizaga be unable to comply with Dr. Terrell's cancellation policy for any unexpected health reason, Mr. Arizaga reserves the right to object to the payment of Dr. Terrell's cancellation costs incurred. JBTC reserves the right to seek payment for any cancellation by Mr. Arizaga. In this situation, Mr. Arizaga and JBTC agree to work together to promptly reschedule the examination and reasonably resolve any issues regarding the payment of Dr. Terrell's cancellation costs incurred.

19. Following the examination, the parties will instruct their respective experts to mutually exchange the raw data, if any, obtained during their respective experts' examinations of Mr. Arizaga at the appropriate time prior to the completion of expert discovery.

The parties agree that this Stipulation may be signed in counterpart, and each counterpart shall be deemed an original, and all counterparts so executed shall constitute one Stipulation, and further, that faxed signatures shall be treated as originals.

IT IS SO STIPULATED.

Dated:  August 20, 2015  /s/ Adam B. Stirrup
Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
Baradat & Paboojian, Inc.
720 W. Alluvial Ave.
Fresno, CA 93711
Attorneys for:  Plaintiff Steven Arizaga

Dated:  August 20, 2015  /s/ Henry Turner, Jr.
Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
VALOREM LAW GROUP
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Tele: (312) 676-5463
Fax: (312) 676-5499
Attorneys for:  Defendant John Bean Technologies Corporation

**ORDER**

Pursuant to Plaintiff Steven Arizaga's and Defendant John Bean Technologies Corporation's Stipulation and for good cause shown, the above Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated:   August 21, 2015             /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Stipulation Re: Physical and Mental Examination of Plaintiff Steven Arizaga
and Proposed Order – No. 13-cv-01981-MJS

6

# CERTIFICATE OF SERVICE

I certify that a copy of the **Stipulation Re: Physical and Mental Examination of Plaintiff Steven Arizaga; Proposed Order** was filed electronically and has been served on the opposing counsel listed below by U.S. Mail, on August 20, 2015. Parties may access this filing through the Court's ECF system.

Warren R. Paboojian
Adam B. Stirrup
Baradat & Paboojian
720 W. Alluvial Ave.
Fresno, CA 93711
*Attorneys for Plaintiff*

Meena C. Nachiappan
Bragg & Kuluva
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
*Attorneys for Third-Party Defendant*

Respectfully submitted,

/s/ Henry Turner, Jr.
Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
VALOREM LAW GROUP
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Tele: (312) 676-5463
Fax: (312) 676-5499
Attorneys for: Defendant John Bean Technologies Corporation