Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
BARADAT & PABOOJIAN, INC.
720 W. Alluvial Ave.
Fresno, CA 93711
Phone: (559) 431-5366
Fax: (559) 431-1702
Attorneys for: Plaintiff Steven Arizaga

Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
VALOREM LAW GROUP LLP
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Phone: (312) 676-5463
Fax: (312) 676-6499
Attorneys for: Defendant John Bean Technologies Corporation

Meena C. Nachiappan, Calif. Bar No. 196701
BRAGG & KULUVA
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
Phone: (213) 612-5335
Fax: (213) 612-5712
Attorney for: Third Party Defendant Ventura Coastal, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| STEVEN ARIZAGA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN BEAN TECHNOLOGIES CORPORATION, et al.,<br><br>          Defendants.<br>_____<br>JOHN BEAN TECHNOLOGIES CORPORATION,<br><br>          Third-Party Plaintiff,<br><br>     vs.<br><br>VENTURA COASTAL, LLC,<br><br>          Third-Party Defendants. | No. 13-cv-01981-AWI-MJS<br>Magistrate Judge Michael J. Seng<br><br>**STIPULATION RE: CONTINUATION OF DISCOVERY DEADLINES; ORDER** |

1 | Plaintiff Steven Arizaga, Defendant John Bean Technologies Corporation, and Third-Party Defendant Ventura Coastal LLC agree and stipulate as follows:

   1. The parties have agreed to continue all dates as set forth below, subject to the Court's calendar.

   - Plaintiff Expert Disclosure Deadline:  January 15, 2016
   - Non-Expert Discovery Deadline:  February 5, 2016
   - Defendant Expert Disclosure Deadline:  February 12, 2016
   - Rebuttal Expert Disclosure Deadline:  February 19, 2016
   - Non-Dispositive Motion Deadline:  March 17, 2016
   - Expert Discovery Deadline:  March 18, 2016

   2. The parties agree and stipulate that all other pre-trial and trial dates and deadlines shall remain in place, per the Court's April 8, 2015 Order (Dkt No. 37).

   3. The parties met and conferred in-person on September 11, 2015 and via email on September 22, 2015 and October 5, 2015, and by phone on October 6, 2015, and agree that a scheduling conference before the Court is not necessary at this time.

   4. By agreement, this stipulation may be executed in counterparts and via email/facsimile, which when assembled shall be deemed one original document.

**[SIGNATURE PAGES TO FOLLOW ON NEXT PAGE]**

1 | IT IS SO STIPULATED.

2 | Dated:  October 6, 2015     BARADAT & PABOOJIAN, INC.

3 | /s/ *Adam B. Stirrup*_____
Warren R. Paboojian, Calif. Bar No. 128462
4 | Adam B. Stirrup, Calif. Bar No. 257683
720 W. Alluvial Ave.
5 | Fresno, CA 93711
Attorneys for:  Plaintiff Steven Arizaga
6 |

7 | Dated:  October 6, 2015     VALOREM LAW GROUP, LLP

8 | /s/ *Henry Turner, Jr. (as authorized on 10/6/15)*
Mark D. Sayre, Calif. Bar No. 111168
9 | Henry Turner, Jr. (pro hac)
35 E. Wacker Dr., Ste. 3000
10 | Chicago, IL 60601
Tele: (312) 676-5463
11 | Fax: (312) 676-5499
12 | Attorneys for:  Defendant John Bean Technologies Corporation
13 |

14 | Dated:  October 6, 2015     BRAGG & KULUVA

15 | /s/ *Meena C. Nachiappan (as authorized on 10/6/15)*
Meena C. Nachiappan, Bar No. 196701
16 | 555 S. Flower Street, Suite 600
Los Angeles, CA 90071
17 | Phone:  (213) 612-5335
Fax:  (213) 612-5712
18 | Attorneys for: Third Party Defendant Ventura
19 | Coastal, LLC

2

## **ORDER**

Pursuant to Plaintiff Steven Arizaga, Defendant John Bean Technologies Corporation, and Third-Party Defendant Ventura Coastal LLC's Stipulation and for good cause shown, the above Stipulation in case 1:13-cv-1981-AWI-MJS is hereby accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated:   October 6, 2015               /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE