Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
BARADAT & PABOOJIAN, INC.
720 W. Alluvial Ave.
Fresno, CA 93711
Phone: (559) 431-5366
Fax: (559) 431-1702
Attorneys for: Plaintiff Steven Arizaga

Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
VALOREM LAW GROUP LLP
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Phone: (312) 676-5463
Fax: (312) 676-6499
Attorneys for: Defendant John Bean Technologies Corporation

Meena C. Nachiappan, Calif. Bar No. 196701
BRAGG & KULUVA
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
Phone: (213) 612-5335
Fax: (213) 612-5712
Attorney for: Third Party Defendant Ventura Coastal, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| STEVEN ARIZAGA,<br><br>         Plaintiff,<br><br>  vs.<br><br>JOHN BEAN TECHNOLOGIES<br>CORPORATION, et al.,<br><br>         Defendants.<br>_____<br>JOHN BEAN TECHNOLOGIES<br>CORPORATION,<br><br>         Third-Party Plaintiff,<br><br>  vs.<br><br>VENTURA COASTAL, LLC,<br><br>         Third-Party Defendants. | No. 13-cv-01981-AWI-MJS<br>Magistrate Judge Michael J. Seng<br><br>**STIPULATION RE: CONTINUATION OF EXPERT DISCOVERY DEADLINES; PROPOSED ORDER** |

Plaintiff Steven Arizaga, Defendant John Bean Technologies Corporation, and Third-Party Defendant Ventura Coastal LLC agree and stipulate as follows:

1. The parties are currently scheduled to attend mediation with Ret. Justice Nickolas Dibiaso on **January 11, 2016**.

2. In light of the pending mediation, the parties have agreed to continue the expert disclosure deadlines as set forth below, subject to the Court's calendar:

- Plaintiff Expert Disclosure Deadline:  January 29, 2016
- Defendant Expert Disclosure Deadline:  February 26, 2016
- Rebuttal Expert Disclosure Deadline:  March 4, 2016

3. The parties agree and stipulate that all other pre-trial and trial dates and deadlines shall remain in place, per the Court's April 8, 2015 October 6, 2015 Orders (Dkt Nos. 37 and 45).

4. By agreement, this stipulation may be executed in counterparts and via email/facsimile, which when assembled shall be deemed one original document.

**[SIGNATURE PAGES TO FOLLOW ON NEXT PAGE]**

IT IS SO STIPULATED.

Dated:  December 21, 2015        BARADAT & PABOOJIAN, INC.

/s/ *Adam B. Stirrup*
Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
720 W. Alluvial Ave.
Fresno, CA 93711
Attorneys for:  Plaintiff Steven Arizaga

Dated:  December 22, 2015        VALOREM LAW GROUP, LLP

/s/ *Henry Turner, Jr. (as authorized on 12/22/15)*
Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Tele: (312) 676-5463
Fax: (312) 676-5499
Attorneys for:  Defendant John Bean Technologies Corporation

Dated:  December 28, 2015        BRAGG & KULUVA

/s/ *Meena C. Nachiappan (as authorized on 12/28/15)*
Meena C. Nachiappan, Bar No. 196701
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
Phone:  (213) 612-5335
Fax:  (213) 612-5712
Attorneys for: Third Party Defendant Ventura Coastal, LLC

**ORDER**

Pursuant to Plaintiff Steven Arizaga, Defendant John Bean Technologies Corporation, and Third-Party Defendant Ventura Coastal LLC's Stipulation and for good cause shown, the above Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated:   January 4, 2016             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE