Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
BARADAT & PABOOJIAN, INC.
720 W. Alluvial Ave.
Fresno, CA 93711
Phone: (559) 431-5366
Fax: (559) 431-1702
Attorneys for: Plaintiff Steven Arizaga

Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
VALOREM LAW GROUP LLP
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Phone: (312) 676-5463
Fax: (312) 676-6499
Attorneys for: Defendant John Bean Technologies Corporation

Meena C. Nachiappan, Calif. Bar No. 196701
BRAGG & KULUVA
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
Phone: (213) 612-5335
Fax: (213) 612-5712
Attorney for: Third Party Defendant Ventura Coastal, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| STEVEN ARIZAGA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN BEAN TECHNOLOGIES CORPORATION, et al.,<br><br>      Defendants.<br>_____<br>JOHN BEAN TECHNOLOGIES CORPORATION,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>VENTURA COASTAL, LLC,<br><br>      Third-Party Defendants. | No. 13-cv-01981-MJS<br>Magistrate Judge Michael J. Seng<br><br>**FURTHER STIPULATION RE: CONTINUATION OF EXPERT DISCOVERY DEADLINES; ORDER** |

Further Stipulation Re: Continuation of Discovery Deadlines and
Proposed Order – No. 13-cv-01981-MJS

Plaintiff Steven Arizaga, Defendant John Bean Technologies Corporation, and Third-Party Defendant Ventura Coastal LLC agree and stipulate as follows:

1. The parties rescheduled mediation with Ret. Justice Nickolas Dibiaso for **February 1, 2016**, in order to allow time to receive the Court's Order on Third-Party Defendant Ventura Coastal LLC's Motion for Summary Judgment.

2. In light of the pending rescheduled mediation, the parties have agreed to continue the expert disclosure deadlines as set forth below, subject to the Court's calendar:

- Plaintiff Expert Disclosure Deadline:  February 19, 2016
- Defendant Expert Disclosure Deadline:  March 18, 2016
- Rebuttal Expert Disclosure Deadline:  March 25, 2016

3. The parties agree and stipulate that all other pre-trial and trial dates and deadlines shall remain in place, per the Court's April 8, 2015 October 6, 2015 Orders (Dkt Nos. 37 and 45).

4. By agreement, this stipulation may be executed in counterparts and via email/facsimile, which when assembled shall be deemed one original document.

**[SIGNATURE PAGES TO FOLLOW ON NEXT PAGE]**

IT IS SO STIPULATED.

Dated: January 12, 2016          BARADAT & PABOOJIAN, INC.

/s/ *Adam B. Stirrup*
Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
720 W. Alluvial Ave.
Fresno, CA 93711
Attorneys for:  Plaintiff Steven Arizaga

Dated: January 7, 2016           VALOREM LAW GROUP, LLP

/s/ *Henry Turner, Jr. (as authorized on 1/7/16)*
Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Tele: (312) 676-5463
Fax: (312) 676-5499
Attorneys for:  Defendant John Bean Technologies Corporation

Dated: January 7, 2016           BRAGG & KULUVA

/s/ *Meena C. Nachiappan (as authorized on 1/7/16)*
Meena C. Nachiappan, Bar No. 196701
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
Phone:  (213) 612-5335
Fax:  (213) 612-5712
Attorneys for:  Third Party Defendant Ventura Coastal, LLC

**ORDER**

Pursuant to Plaintiff Steven Arizaga, Defendant John Bean Technologies Corporation, and Third-Party Defendant Ventura Coastal LLC's Stipulation and for good cause shown, the above Stipulation in 1:13-cv-1981-MJS is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated: January 12, 2016    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE