1  Warren R. Paboojian, Calif. Bar No. 128462
2  Adam B. Stirrup, Calif. Bar No. 257683
   BARADAT & PABOOJIAN, INC.
3  720 W. Alluvial Ave.
   Fresno, CA 93711
4  Phone: (559) 431-5366
   Fax: (559) 431-1702
5  Attorneys for: Plaintiff Steven Arizaga

6  Mark D. Sayre, Calif. Bar No. 111168
   Henry Turner, Jr. (pro hac)
7  VALOREM LAW GROUP LLP
8  35 E. Wacker Dr., Ste. 3000
   Chicago, IL 60601
9  Phone: (312) 676-5463
   Fax: (312) 676-6499
10 Attorneys for: Defendant John Bean Technologies Corporation

11 Meena C. Nachiappan, Calif. Bar No. 196701
   BRAGG & KULUVA
12 555 S. Flower Street, Suite 600
13 Los Angeles, CA 90071
   Phone: (213) 612-5335
14 Fax: (213) 612-5712
   Attorney for: Third Party Defendant Ventura Coastal, LLC
15

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| STEVEN ARIZAGA, | No. 13-cv-01981-AWI-MJS |
| Plaintiff, | Magistrate Judge Michael J. Seng |
| vs. | **STIPULATION RE: CHANGING DATES OF PRE-TRIAL CONFERENCE AND EXPERT DISCLOSURE DEADLINES; ORDER** |
| JOHN BEAN TECHNOLOGIES CORPORATION, et al., | |
| Defendants. | |
| JOHN BEAN TECHNOLOGIES CORPORATION, | |
| Third-Party Plaintiff, | |
| vs. | |
| VENTURA COASTAL, LLC, | |
| Third-Party Defendants. | |

Plaintiff Steven Arizaga, Defendant John Bean Technologies Corporation, and Third-Party Defendant Ventura Coastal LLC agree and stipulate as follows:

1. Counsel for Defendant John Bean Technologies Corporation did not realize that the Pre-Trial Conference in this case, currently scheduled for March 25, 2016, fell on Good Friday. Lead trial counsel for Defendant John Bean Technologies Corporation is committed to take part in Good Friday services at his local parish on March 25, 2016.

2. In light of the conflict for trial counsel for Defendant John Bean Technologies Corporation, the parties have agreed and stipulated to move the Pre-Trial Conference from March 25, 2016 to **March 24, 2016 at 11:00 a.m.**, subject to the Court's availability.

3. Due to conflicts with counsel's and witness' availability and to allow for the parties to take part in a February 1, 2016 mediation, the parties agreed to move the 30(b)(6) deposition of Third-Party Defendant Ventura Coastal LLC to February 26, 2016. The expected testimony of Ventura Coastal's 30(b)(6) witness(es) will impact the parties' expert disclosures. The parties have thus agreed and stipulated to move the deadlines for expert disclosures as follows:

   a. Plaintiff Expert Disclosure Deadline: **March 16, 2016**
   b. Defendant Expert Disclosure Deadline: **April 1, 2016**
   c. Rebuttal Expert Disclosure Deadline: **April 6, 2016**

4. The parties agree and stipulate that all other pre-trial and trial dates and deadlines shall remain in place under the Court's prior Orders.

5. By agreement, this stipulation may be executed in counterparts and via email/facsimile, which when assembled shall be deemed one original document.

**[SIGNATURE PAGES TO FOLLOW ON NEXT PAGE]**

1

Stipulation Re: Changing Dates of Pre-Trial Conference and Expert Disclosure Deadlines and Proposed Order – No. 13-cv-01981-MJS

IT IS SO STIPULATED.

Dated: February 12, 2016     BARADAT & PABOOJIAN, INC.

/s/ *Adam B. Stirrup (as authorized on February 12, 2016)*
Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
720 W. Alluvial Ave.
Fresno, CA 93711
Attorneys for: Plaintiff Steven Arizaga

Dated: February 16, 2016     VALOREM LAW GROUP, LLP

/s/ *Henry Turner, Jr.* _____
Mark D. Sayre, Calif. Bar No. 111168
Henry Turner, Jr. (pro hac)
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
Tele: (312) 676-5463
Fax: (312) 676-5499
Attorneys for: Defendant John Bean Technologies Corporation

Dated: February 16, 2016     BRAGG & KULUVA

/s/ *Meena C. Nachiappan (as authorized on February 16, 2016)*
Meena C. Nachiappan, Bar No. 196701
555 S. Flower Street, Suite 600
Los Angeles, CA 90071
Phone: (213) 612-5335
Fax: (213) 612-5712
Attorneys for: Third Party Defendant Ventura Coastal, LLC

2

Stipulation Re: Changing Dates of Pre-Trial Conference and Expert Disclosure Deadlines and Proposed Order – No. 13-cv-01981-MJS

**ORDER**

Pursuant to the Parties collective **STIPULATION RE: CHANGING DATES OF PRE-TRIAL CONFERENCE AND EXPERT DISCLOSURE DEADLINES** in Case No. 13-cv-01981-AWI-MJS and for good cause shown, the Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated:   February 22, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction this service is made. I am over the age of 18, and not a party to the within action. My business address is 35 East Wacker Drive, Suite 3000, Chicago, Illinois 60601.

On February 18, 2016, I served a true and correct copy of the following document(s) described as:

1. **STIPULATION RE: CHANGING DATES OF PRE-TRIAL CONFERENCE AND EXPERT DISCLOSURE DEADLINES;**

2. **PROPOSED ORDER; and**

3. **PROOF OF SERVICE**

on the following parties:

| | |
|---|---|
| Warren R. Paboojian<br>Adam B. Stirrup<br>Baradat & Paboojian<br>720 W. Alluvial Ave.<br>Fresno, CA 93711<br>wrp@bplaw-inc.com<br>abs@bplaw-inc.com<br>*Attorneys for Plaintiff* | Meena C. Nachiappan<br>Bragg & Kuluva<br>555 S. Flower Street, Suite 600<br>Los Angeles, CA 90071<br>mnachiappan@braggkuluva.com<br>*Attorneys for Third-Party Defendant Ventura Coastal, LLC* |

in the following manner:

☒   To be served upon all counsel of record via the Court's ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 18, 2016, at Chicago, Illinois.

Molly Wade