Warren R. Paboojian, Calif. Bar No. 128462
Adam B. Stirrup, Calif. Bar No. 257683
BARADAT & PABOOJIAN, INC.
720 W. Alluvial Ave.
Fresno, CA 93711
Phone:  (559) 431-5366
Fax:  (559) 431-1702
Attorneys for:  Plaintiff Steven Arizaga

Mark D. Sayre, CA Bar No. 111168
VALOREM LAW GROUP LLP
60 S. Market Street, Suite 1250
San Jose, CA 95113
mark.sayre@valoremlaw.com
(408) 940-0044 (telephone)
(408) 915-2672 (facsimile)

Henry Turner, Jr. (pro hac)
VALOREM LAW GROUP LLP
35 E. Wacker Dr., Ste. 3000
Chicago, IL 60601
hank.turner@valoremlaw.com
(312)676-5463 (telephone)
 (312) 676-6499 (facsimile)
Attorneys for: Defendant John Bean Technologies Corporation

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| STEVEN ARIZAGA, | ) |
|   Plaintiff, | ) No. 1:13-CV-01981-MJS |
| vs. | ) Magistrate Judge Michael J. Seng |
| | ) |
| JOHN BEAN TECHNOLOGIES CORPORATION, et al., | ) **STIPULATION RE: CONTINUANCE OF TRIAL DATE AND PRE-TRIAL CONFERENCE;** |
|   Defendants. | ) |
| | ) **ORDER THEREON** |
| JOHN BEAN TECHNOLOGIES CORPORATION, | ) |
|   Third-Party Plaintiff, | ) |
| vs. | ) |
| VENTURA COASTAL, LLC, | ) |
|   Third-Party Defendants. | ) |

Plaintiff Steven Arizaga and Defendant John Bean Technologies Corporation agree and stipulate as follows:

1. Due to the complexity of the issues for trial and new information learned at the end of the current discovery period, including information learned during the 30(b)(6) deposition of third party Ventura Coastal after the close of fact discovery, counsel for Plaintiff Steven Arizaga and Defendant John Bean Technologies Corporation need additional time to prepare for trial.

2. Other than additional fact discovery that may be needed due to information learned during the 30(b)(6) deposition of third party Ventura Coastal, fact discovery is based off the old trial date and is closed.

3. Counsel for Plaintiff Steven Arizaga and Defendant John Bean Technologies Corporation thus have agreed and stipulated to move the trial date and pre-trial conference as follows, subject to the Court's calendar:

   a. Plaintiff's Expert Disclosure Deadline: **June 17, 2016**
   b. Defendants' Expert Disclosure Deadline: **July 8, 2016**
   c. Rebuttal Expert Disclosure Deadline: **July 22, 2016**
   d. Close of expert discovery: **July 26, 2016**
   e. Joint pre-trial statement: **July 29, 2016**
   f. Pre-trial Conference: **August 11, 2016 at 11:00 a.m.**
   g. Trial Date: **September 27, 2016 at 8:30 a.m.**

4. The parties met and conferred via phone and e-mail on March 22-24, 2016 and agree that a scheduling conference before the Court is not necessary at this time.

5. By agreement, this stipulation may be executed in counterparts and via email/facsimile, which when assembled shall be deemed one original document.

**[SIGNATURE PAGES TO FOLLOW ON NEXT PAGE]**

IT IS SO STIPULATED.

Dated:  March 25, 2016          BARADAT & PABOOJIAN, INC.

                                */s/ Adam B. Stirrup*
                                Warren R. Paboojian, Calif. Bar No. 128462
                                Adam B. Stirrup, Calif. Bar No. 257683
                                720 W. Alluvial Ave.
                                Fresno, CA 93711
                                Attorneys for:  Plaintiff Steven Arizaga

Dated:  March 24, 2016          VALOREM LAW GROUP, LLP

                                */s/ Henry Turner, Jr. (as authorized on March 24, 2016*
                                Mark D. Sayre, Calif. Bar No. 111168
                                Henry Turner, Jr. (pro hac)
                                35 E. Wacker Dr., Ste. 3000
                                Chicago, IL 60601
                                Tele: (312) 676-5463
                                Fax: (312) 676-5499
                                Attorneys for:  Defendant John Bean Technologies Corporation

**[ORDER TO FOLLOW ON NEXT PAGE]**

**ORDER**

Pursuant to Stipulation by Plaintiff Steven Arizaga and Defendant John Bean Technologies Corporation, and for good cause shown, the above Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated:   March 30, 2016                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE